**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

DEBRA HUFFMAN                                                                            PLAINTIFF


V.                                          NO. 3:10CV00128 JTR


MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                              DEFENDANT

## ORDER

Plaintiff's Unopposed Motion for Extension of Time (docket entry #11) is granted.

IT IS SO ORDERED this 4th day of October, 2010.


_____
UNITED STATES MAGISTRATE JUDGE