**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

DEBRA LEE HUFFMAN                                                                                PLAINTIFF

V.                                      NO. 3:10CV00128 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                          DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 12th day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE